United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE:  Ivester, Raymond A                              )          Case No.  08 B 23514
                                                        )          Judge John H. Squires
                                                                   Date   05/20/09

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

Debtor Attorney:

Peter F Geraci
55 E Monroe St Ste 3400
Chicago, IL  60603

Raymond A. Ivester
4331 S Vincennes
Chicago, IL  60653                                                 Mail

Mail

---

*NOTE: Please refer to the confirmed plan to see if this notice applies to you.*

1)  The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of
    Indymac Bank (the holder) has been paid in full.

2)  The holder is required to treat the mortgage as reinstated and fully current unless the debtor has
    failed to make timely payments of postpetition obligations.

3)  If the debtor has failed to make timely payments of any postpetition obligations, the holder is
    required to itemize all outstanding payment obligations as of the date of the notice, and file a
    statement of these obligations with the court, giving notice to the standing trustee, the debtor, and any
    attorney for the debtor, within 60 days of service of the notice from the trustee (or longer time as the

4)  If the holder fails to file and serve a statement of outstanding obligations within the required time, the
    holder is required to treat the mortgage as reinstated according to its original terms, fully current as of
    the date of the trustee's notice.

5)  If the holder does serve a statement of outstanding obligations within the required time, the debtor
    may
    (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion
    filed with the court, on notice to the holder and the standing trustee, with the court resolving the
    challenge as a contested matter, or
    (ii) propose a modified plan to provide for payment of additional amounts that the debtor

6)  To the extent that amounts set forth on a timely filed statement of outstanding obligations are not
    determined by the court to be invalid or are not paid by the debtors through the modified plan, the
    right of the holder to collect these amounts will be unaffected.

7)  No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee                                   Creditor Address:
Suite 800
224 South Michigan Avenue                                          Indymac Bank
Chicago, IL  60604-2500                                            Attn Cashiering
(312) 431-1300                                                     6900 Beatrice Dr
                                                                   Kalamazoo, MI  49009-8070

                                                                   Mail