UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Raymond Aaron Ivester | Case No.: 08 B 23514 |
| | Chapter: 13 |
| Debtor(s) | Judge John H. Squires |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste. 800, Chicago, IL 60604
Raymond Aaron Ivester, Debtor(s), 4331 S. Vincennes, Chicago, IL 60653
Matthew Selvagn, Attorney for Debtor(s), 55 East Monroe St. Suite #3400, Chicago, IL 60603

You are hereby notified that INDY MAC BANK NKA ONEWEST BANK has made post-petition advances of $200.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to INDY MAC BANK NKA ONEWEST BANK for the contractual mortgage payment due 07/01/2009.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 08/23/2009, ONEWEST BANK's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on July 24, 2009.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-25613)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.